UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARK JONES,

                    Plaintiff,                    Case No. 1:11-cv-81

v.                                                Honorable Paul L. Maloney

B. DAWSON et al.,

                    Defendants.
_____/

## ORDER DENYING LEAVE
## TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES

In accordance with the memorandum opinion entered this day,

IT IS ORDERED that the order granting Plaintiff leave to proceed *in forma pauperis* (docket #7) is VACATED.

IT IS FURTHER ORDERED that Plaintiff is DENIED leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

IT IS ALSO ORDERED that within twenty-eight (28) days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court.  Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.


Dated:   March 18, 2011                    /s/ Paul L. Maloney_____
                                           Paul L. Maloney
                                           Chief United States District Judge