UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK JONES,

        Plaintiff,        Case No. 1:11-cv-81

v.        Honorable Paul L. Maloney

B. DAWSON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated: May 17, 2011        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge